## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **MARISELA ZAMORA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:19-CV-06037-FJG** |
| **TEXAS ROADHOUSE, INC., and** | § | |
| **TEXAS ROADHOUSE DELAWARE,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marisela Zamora hereby files this Notice of Dismissal without prejudice. Plaintiff has not previously filed and sought dismissal of her claims against Defendants Texas Roadhouse, Inc. and Texas Roadhouse Delaware, LLC and thus, this dismissal is without prejudice. This notice is being filed voluntarily by Plaintiff Zamora prior to Defendants Texas Roadhouse, Inc. and Texas Roadhouse Delaware, LLC filing an answer or summary judgment.

Dated: April 5, 2019

RESPECTFULLY SUBMITTED,

**LANGDON & EMISON LLC**
By: /s/ Brett Emison
Brett Emison, MO Bar #52072
Langdon & Emison LLC
911 Main Street, P.O. Box 220
Lexington, MO 64067
Telephone: (660) 259-6175
Telefax: (660) 259-4571
brett@lelaw.com
**ATTORNEY FOR PLAINTIFF**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2019, I electronically filed the foregoing using the

CM/ECF system which will serve notification of such filing to the email address of all counsel of

record in this action.

By: /s/ Brett Emison
Brett Emison